KENJI M. PRICE #10523
United States Attorney
District of Hawaii

JEREMY BUTLER
Assistant U.S. Attorney
300 Ala Moana Boulevard, Rm. 6-100
Honolulu, Hawaii   96850
Telephone: (808) 541-2850
Facsimile: (808) 541-3752
Email: Jeremy.Butler@usdoj.gov

LINDSAY M. VICK
Trial Attorney
Department of Justice, Civil Division
Office of Immigration Litigation
Ben Franklin Station, P.O. Box 868
Washington, D.C.   20044
Telephone: (202) 532-4023
Facsimile: (202) 305-7000
E-mail: Lindsay.vick@usdoj.gov

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| IN RE:  APPLICATION OF LINDSAY M. VICK TO PRACTICE BEFORE THE COURT | ) MISC. NO. <br> ) <br> ) APPLICATION TO APPEAR ON <br> ) BEHALF OF THE UNITED <br> ) STATES; DECLARATION OF <br> ) LINDSAY M. VICK <br> ) |

APPLICATION TO APPEAR ON BEHALF OF UNITED STATES

Pursuant to LR83.1(c)(1) of the Local Rules of Practice for the United States District Court for the District of Hawaii, Lindsay M. Vick, Attorney for the United States of America hereby notifies the court of her intention to appear before this court on behalf of the United States and to attend to the interests of the United States during the period of her employment by the United States and requests leave to do so. A declaration in support of this is filed herewith.

DATED: January 29, 2020, at Washington, D.C.

_/s/ Lindsay Vick_
LINDSAY M. VICK
Trial Attorney

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| IN RE: APPLICATION OF LINDSAY M. VICK TO PRACTICE BEFORE THE COURT | ) MISC. NO.<br>)<br>) DECLARATION OF LINDSAY M.<br>) VICK<br>)<br>)<br>) |

## DECLARATION OF LINDSAY M. VICK

1. I am a Trial Attorney employed by the United States with the Civil Division, Office of Immigration Litigation of the United States Department of Justice.

2. I expect to appear on behalf of the United States and to tend to the interests of the United States before this Court.

3. I am an active member in good standing of the bar of the Supreme Court of the State of Massachusetts, which is the highest court in that state.

I declare, upon penalty of perjury, that the forgoing is true and correct.

DATED: January 29, 2020, at Washington, D.C.

_____
LINDSAY M. VICK